## C. W. DEEN v. STATE.

### No. 18173.

Court of Criminal Appeals of Texas.

Jan. 8, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.